Peter J. Bezek, SBN 102310
Roger N. Behle, Jr. SBN 174755            NO JS-6
Justin P. Karczag, SBN 223764
**FOLEY BEZEK BEHLE & CURTIS, LLP**
575 Anton Boulevard, Suite 710
Costa Mesa, California 92626
Telephone:  (714) 556-1700
Facsimile:   (714) 546-5005
E-Mail:        PBezek@FoleyBezek.com
E-Mail:        RBehle@FoleyBezek.com
E-Mail:        JKarczag@FoleyBezek.com

Attorneys for Defendants and Counterclaimants

## IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPARTAN HOME ENTERTAINMENT, LLC, | Case No.: CV09-0476R(RCx) |
| Plaintiff, | Judge: Manuel L. Real |
| v. | Magistrate Judge: Rosalyn M. Chapman |
| | **INTERLOCUTORY JUDGMENT** |
| BOONDOCK SAINTS, LLC, a California limited liability company; BOONDOCK WEB, LLC, a California limited liability company; CHRIS BRINKER, an individual; TROY DUFFY, an individual; DUFFY ENTERPRISES, INC., a California corporation, and DOES 1 through 25, inclusive, | **Date: TBD** |
| | **Time: TBD** |
| | **Courtroom: 8** |
| | Trial Date:  September 22, 2009 |
| Defendants. | |
| BOONDOCK SAINTS, LLC, a California limited liability company and TROY DUFFY, | |

1                                                    Case No.: 2:09-CV-00476-R(RCx)

**DEFENDANTS' [PROPOSED] INTERLOCUTORY JUDGMENT**

```
                Counterclaimants,      )
                                       )
        vs.                            )
                                       )
SPARTAN HOME                           )
ENTERTAINMENT, LLC,                    )
                                       )
                Counterdefendant.      )
                                       )
```

IT IS HEREBY ORDERED THAT:

1) Plaintiff Spartan Home Entertainment LLC take nothing by way of its First Amended Complaint, which is dismissed with prejudice;

2) Entitlement to attorney fees and costs shall be determined upon adjudication of Defendants' Counter-Claim.

DATED: August 6, 2009        _____
                             Hon. Manuel L. Real
                             UNITED STATES DISTRICT COURT